MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

UNITED STATES v. ADAN E. BARRAGAN

Case No. *3:10-CR-123-02-HRH-JDR*

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant, Magistrate Judge's Office

**MINUTE ORDER FROM CHAMBERS**

**RE:** Motion and Application of Non-Eligible Attorney to Appear
Docket 116

Defense Attorney Robert Dennis Rentzer, Esq., filed a motion and application of non-eligible attorney for permission to appear and participate regarding the aboved named defendant. Mr. Rentzer's motion was addressed at the arraignment proceedings of said defendant with the direction that Mr. Rentzer associate with local counsel. To date the record does not reflect that this has been completed. Motions filed by defendant Barragan shall be held in abeyance pending Mr. Rentzer filing his Notice of Association with Local Counsel on or before April 15, 2011.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

April 5, 2011

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\00 C R I M I N A L\CR 2010\10-cr-123-HRH-JDR NOYOLA-MARTINEZ\10-cr-123-HRH-JDR BARRAGAN @116 Re Rule 83.1_mtd.wpd